General Sobeloff, Assistant Attorney General Holland, Marvin E. Frankel, Harry Baum and Joseph F. Goetten for the United States.

No. 604. REYNOLDS METALS Co. v. MULTNOMAH COUNTY ET AL. Supreme Court of Oregon. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. C. Allan Hart, Jr. for petitioner. Robert F. Maguire for respondents.

No. 18, Misc. MITCHELL v. NEBRASKA. Supreme Court of Nebraska. Certiorari denied. Petitioner pro se. Clarence S. Beck, Attorney General of Nebraska, Clarence A. H. Meyer, Deputy Attorney General, and Robert V. Hoagland, Assistant Attorney General for respondent.

No. 69, Misc. NORMAN v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner pro se. Charles W. Manning for respondent.

No. 156, Misc. FRANKLIN v. INDIANA. Supreme Court of Indiana. Certiorari denied. Petitioner pro se. Edwin K. Steers, Attorney General of Indiana, and Owen S. Boling, Deputy Attorney General, for respondent.

No. 203, Misc. HOLLMAN v. CLARY, U. S. DISTRICT JUDGE, ET AL. C. A. 3d Cir. Certiorari denied. Petitioner pro se. Solicitor General Sobeloff for respondents.

No. 236, Misc. FRIERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner pro se. Solicitor

*General Soboloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 253, Misc.   Dow, ADMINISTRATRIX, *v.* CARNEGIE-ILLINOIS STEEL CORP.   C. A. 3d Cir.   Certiorari denied. *Blanch Freedman* for petitioner.

No. 284, Misc.   WHITE *v.* IOWA.   Supreme Court of Iowa.   Certiorari denied.

No. 344, Misc.   PARKER *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 374, Misc.   HERMAN *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 376, Misc.   McGLONE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 379, Misc.   LIPSCOMB *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 381, Misc.   TABOR *v.* HARDWICK, WARDEN.   C. A. 5th Cir.   Certiorari denied.